UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CALLIE GABLE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:04-cv-2056 RLY-WTL |
| | ) | |
| MIDWEST EYE INSTITUTE, INC., | ) | |
|     Defendant. | ) | |

## FINAL JUDGMENT

Comes now the court, having this day **GRANTED** summary judgment in favor of Defendant Midwest Eye Institute, Inc., and enters final judgment in its favor and against the Plaintiff herein, Callie Gable.

**SO ORDERED** this  13th  day of September 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic Copies to:

Blake J. Burgan
SOMMER BARNARD ATTORNEYS, PC
bburgan@sommerbarnard.com

John H. Haskin
HASKIN LAUTER LARUE & GIBBONS
jhaskin@hlllaw.com

Andrew G. Jones
HASKIN LAUTER LARUE & GIBBONS
ajones@hlllaw.com

Michael C. Terrell
SOMMER BARNARD ATTORNEYS, PC
mterrell@sommerbarnard.com